

FILED

JUL - 2 1987

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)
                       )
           Plaintiff,)
                       )   ORDER OF DETENTION AFTER HEARING
          v.         )      (18 U.S.C. § 3142(i))

Terry Bugg Justin

         Defendant.)

I.

A.  ( ✓ ) On motion of the Government involving an alleged

    1.  ( )  crime of violence;

    2.  ( )  offense with maximum sentence of life
              imprisonment or death;

    3.  ( ✓ )  narcotics or controlled substance offense
              with maximum sentence of ten or more years
              (21 U.S.C. §§ 801,/951, et. sec.,/955a);

    4.  ( )  felony - defendant convicted of two or more
              prior offenses described ab

///
///
///

ENTERED ON COURTRAN

JUL  6 1987

CR94  (5/86)          -1-

B.  On motion ( ) (by the Government)/( ) (by the Court
     sua sponte involving)

        1.  ( ) serious risk defendant will flee;

        2.  ( ) serious risk defendant will

             a.   ( ) obstruct or attempt to obstruct
                  justice;

             b.   ( ) threaten, injure, or intimidate a
                  prospective witness or juror or
                  attempt to do so.

                         II.

The Court finds no condition or combination of conditions
will reasonably assure:

    A.  ( ) appearance of defendant as required;
                      and/or

    B.  ( ) safety of any person or the community;

                        III.

The Court has considered:

    A.  ( ) the nature and circumstances of the offense;

    B.  ( ) the weight of evidence against the defendant;

    C.  ( ) the history and characteristics of the defendant;

    D.  ( ) the nature and seriousness of the danger to any
             person or to the community.

                        IV.

The Court concludes:

    A.  ( ) Defendant poses a risk to the safety of other
             persons or the community because: _____

             _____

             _____

CR-94                      -2-

B.  (  )  History and characteristics indicate a serious

risk that defendant will flee because: _____

_____

_____

_____

_____

C.  (  )  A serious risk exists that defendant will:

1.  (  )  obstruct or attempt to obstruct justice;

2.  (  )  threaten, injure or intimidate a

witness/juror;

3.  (  )  attempt to threaten, injure or intimi-

date a witness/juror;

Because: _____

_____

_____

D.  ( ✓ )  Defendant has not rebutted by sufficient evidence

to the contrary the presumption provided in

18 U.S.C. § 3142(e).

IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as

practicable in a corrections facility separate from persons

awaiting or serving sentences or persons held pending appeal.

///

///

///

IT IS FURTHER ORDERED that defendant be afforded reason-
able opportunity for private consultation with his counsel.

DATED: 7-2-87

U. S. MAGISTRATE/DISTRICT JUDGE

CR-94

-4-