```
              FILED
            JUL - 2 1987
        CLERK, U.S. DISTRICT COURT
       CENTRAL DISTRICT OF CALIFORNIA
       BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                   )
               Plaintiff, )
                                   )
        v.                  )  ORDER OF DETENTION AFTER HEARING
                                   )     (18 U.S.C. § 3142(i))
Terry Bragg Austin           )
                                   )
              Defendant. )

I.

A. (✓) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. (✓) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

///
///
///

CR94 (5/86)               -1-

```
ENTERED ON COURTRAN
    JUL 6 1987
```

B. On motion ( ) (by the Government)/( ) (by the Court <u>sua sponte</u> involving)

 1. ( ) serious risk defendant will flee;

 2. ( ) serious risk defendant will

  a. ( ) obstruct or attempt to obstruct justice;

  b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

## II.

The Court finds no condition or combination of conditions will reasonably assure:

 A. ( ) appearance of defendant as required;

  and/or

 B. (✓) safety of any person or the community;

## III.

The Court has considered:

 A. (✓) the nature and circumstances of the offense;

 B. (✓) the weight of evidence against the defendant;

 C. (✓) the history and characteristics of the defendant;

 D. (✓) the nature and seriousness of the danger to any person or to the community.

## IV.

The Court concludes:

 A. ( ) Defendant poses a risk to the safety of other persons or the community because: _____

CR-94

-2-

```
   B.  (  )  History and characteristics indicate a serious
            risk that defendant will flee because: _____
            _____
            _____
            _____
            _____

   C.  (  )  A serious risk exists that defendant will:
            1.  (  )  obstruct or attempt to obstruct justice;
            2.  (  )  threaten, injure or intimidate a
                      witness/juror;
            3.  (  )  attempt to threaten, injure or intimi-
                      date a witness/juror;
            Because: _____
            _____
            _____
            _____

   D.  (✓)  Defendant has not rebutted by sufficient evidence
            to the contrary the presumption provided in
            18 U.S.C. § 3142(e).
```

IT IS ORDERED defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or persons held pending appeal.

///
///
///

CR-94

-3-

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: 7-2-87

_____
U. S. MAGISTRATE/DISTRICT JUDGE