

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, | 87-925M CASE NUMBER |
|---|---|
| vs. Terri Denise Bragg Justin Defendant. | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of the (Court or Government), IT IS ORDERED that a detention hearing is set for 7/2, 19 87, at 2:00 PM, before the Honorable King or Transfered to another Magistrate in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____ (other custodial officer)) and produced for the hearing.

DATED: 7/1/87

_____
U.S. District ~~Judge~~/Magistrate

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT