

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>*Terri Denise Bragg*<br>   *Justin*<br>   Defendant. | 87-925M<br><br>CASE NUMBER<br><br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |

  Upon motion of the (Court or Government), IT IS ORDERED that a detention hearing is set for _7/2_, 19_87_, at _2:00_ PM, before the Honorable _King_ *Transferred to another Magistrate* in Courtroom _____.

  Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____ ( other custodial officer) ) and produced for the hearing.

  DATED: _7/1/87_

                  _/s/_
               U.S. District ~~Judge~~/Magistrate

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT